UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re

Rebecca Ilene Botts,

        Debtor.                                        Case No. 14-13297-j13

## ORDER DENYING U.S. BANK, NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM STAY AND TO ABANDON PROPERTY WITHOUT PREJUDICE

This matter came before the Court on June 18, 2018 on a Motion for Relief from Stay and to Abandon Property filed by U.S. Bank, N.A., docket no. 150 (the "Motion"). Joseph Coffey appeared for the Debtor and nobody appeared for the Movant.

IT IS HEREBY ORDERED that based on the Movant's non-appearance at the preliminary hearing, the motion is denied without prejudice.

                                                       _____
                                                       Robert H. Jacobvitz
                                                       United States Bankruptcy Judge

Entered on docket: 7/3/2018

Copy to:

Eric Sutton
Attorney for U.S. Bank, N.A.
6501 Eagle Rock NE, Suite A-3
Albuquerque, NM 87113

Joseph B. Coffey
Attorney for Debtor
2500 Garfield Ave. SE, Suite H
Albuquerque, NM 87106